UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE NO: 8:18-cr-259-CEH-AEP

DAN CARMICHAEL
MCCARTHAN

_____/

## O R D E R

This matter comes before the Court on Defendant's Unopposed Motion to Transfer Case (Doc. 60), filed on June 27, 2022.  In the motion, Defendant requests this action be transferred to United States District Judge Steven D. Merryday who is the judge assigned to an earlier filed criminal case involving this Defendant.  The Government does not oppose the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Unopposed Motion to Transfer Case.

The Middle District of Florida's Local Rules provide that actions pending before different judges may be appropriate for transfer if there is the probability of inefficiency or inconsistency. *See* M.D. Fla. Local Rule 1.07(a)(2)(B). Pursuant to Local Rule 1.07(a)(2)(B), a party may move to transfer a later-filed action to the judge assigned to the first-filed action.

Defendant's unopposed motion seeks to transfer this action to District Judge Steven D. Merryday, who is presiding over Case No. 8:02-cr-137-SDM-AAS. In support, Defendant submits that identical petitions for violation of supervised release have been filed in that action and the instant action. Final Revocation Hearings are

scheduled in both cases to take place on July 25, 2022, at 9:00 a.m. in the action pending before Judge Merryday and at 11:00 a.m. before the undersigned in the instant action. Defendant argues that having two revocation hearings that address the identical alleged violations could present the possibility of inefficiency or inconsistency. For purposes of efficiency and consistency, transfer is appropriate.

The Court has conferred with United States District Judge Steven D. Merryday, the transferee judge, and obtained his consent to transfer this case, as Judge Merryday is the judge assigned to the first filed case.

Accordingly, pursuant to M.D. Fla. Local Rule 1.07(a)(2)(B), it is now

**ORDERED:**

1.     Defendant's Unopposed Motion to Transfer Case (Doc. 60) is **GRANTED**.

2.     This case is **TRANSFERRED** to United States District Judge Steven D. Merryday, with his consent, for all further proceedings.

3.     The Clerk is hereby directed to transfer this action to United States District Judge Steven D. Merryday, with his consent, for all further proceedings.

**DONE AND ORDERED** in Tampa, Florida on June 27, 2022.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Hon. Steven D. Merryday
Counsel of Record

2